ESTHER ENGELBERG v. HARRY ENGELBERG.— Motion for stay denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES M. GRAY MARBLE AND SLATE COMPANY v. EARLINGTON REALTY CORPORATION, Impleaded, etc.— Motion for stay denied and temporary stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THOMAS H. HALL and Others v. WEIL-KALTER MANUFACTURING COMPANY.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GUSTAVE EISENMANN and Others v. MOSE T. STARK and Others.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BENJAMIN S. GUINNESS and Others v. ARTHUR FORCHHEIMER and Others.— Motion denied, with ten dollars costs. Present.— Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LEON KATZ v. H. RAWLE GEYELIN.— Application to open default denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROGERS PEET COMPANY v. SIDNEY HILLMAN, Individually, etc., and Others.— Motions denied, with ten dollars costs of each motion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the CITY OF NEW YORK (St. Paul's School Site).— Proceeding referred to Hon. Henry W. Gildersleeve, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ANNA M. CARRERE and Others, as Executors, etc., v. MAMIE BOYCE.— Motion for appeals to be heard upon one appeal book denied; motion for stay and extension of time granted for five days from service of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE COLLEGE OF THE CITY OF NEW YORK v. JOHN F. HYLAN and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HOLMES ELECTRIC PROTECTIVE COMPANY v. WILLIAM WILLIAMS, as Commissioner, etc., and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of S. CHARLES SUGARMAN, an Attorney.— Leave granted to respondent to submit brief on or before November 4, 1921. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOSEPH F. COFFEY, as Administrator, etc., v. KATHERINE LEXOW.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ORINOCO REALTY CO., INC., v. MAURICE BANDLER.— Motion granted; question certified. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.